```
PAUL JAMES STOWE              H&R BLOCK/PATHWARD
LESLIE GOINS STOWE            ATTN: BANKRUPTCY
2095A HWY 11 AND 80           PO BOX 30674
MERIDIAN, MS 39301            SALT LAKE CITY, UT 84130


THOMAS C. ROLLINS, JR.        LVNV FUNDING
THE ROLLINS LAW FIRM, PLLC    ATTN: BANKRUPTCY
P.O. BOX 13767                PO BOX 10497
JACKSON, MS 39236             GREENVILLE, SC 29603


21ST MORTGAGE CORP            NCB MANAGEMENT
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
620 MARKET STREET             1 ALLIED DRIVE
KNOXVILLE, TN 37902           TREVOSE, PA 19053


AMERICAN FIRST FINANCE        PORTFOLIO RECOVERY
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
3100 OLYMPUS BLVD             120 CORPORATE BOULEVARD
STE 300                       NORFOLK, VA 23502
COPPELL, TX 75019


CAPITAL ONE                   SANTANDER CONSUMER
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
PO BOX 30285                  PO BOX 961245
SALT LAKE CITY, UT 84130      FORT WORTH, TX 76161


COMENITY BANK                 SYNCHRONY BANK
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
PO BOX 182125                 PO BOX 965060
COLUMBUS, OH 43218            ORLANDO, FL 32896


CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113



FORTIVA
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348


GENESIS FS
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076
```