IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Paul James Stowe                                         Case No. 25-00968-KMS
         Leslie Goins Stowe, Debtors                                       CHAPTER 13

## NOTICE

Debtors have filed papers with the court to be Employ Special Counsel. **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to Debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: June 3, 2025.            Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer A Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            P.O. Box 13767
                                            Jackson, MS 39236
                                            601-500-5533
                                            trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: Paul James Stowe             Case No. 25-00968-KMS
        Leslie Goins Stowe, Debtors             CHAPTER 13

## APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, Debtors ("Applicants"), by and through undersigned counsel, and pursuant to 11 U.S.C. §329, files this Application to Employ Special Counsel in the above Chapter 13 bankruptcy case and in support hereof would show unto the Court the following, to wit:

1. That Debtors represent that in the administration of the above referenced Debtors' estate, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of the Debtors' personal injury claim.

2. That the Debtors desire to employ Will Parker of Will Parker Law Firm to render services in connection with the claim as Special Counsel for the Debtors.

3. That it would be in the best interest of the estate that said firm be employed.

4. The attorney of Will Parker Law Firm has attached his affidavit hereto, stating that the attorney is a disinterested party to Debtors' estate. See Exhibit "A".

5. That in consideration of said representation, Special Counsel will receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the Court enter an Order authorizing the employment of Will Parker of Will Parker Law Firm as Special Counsel for the Debtors under the provisions set forth herein and by Order of this Court.

Respectfully submitted,

Paul James Stowe, APPLICANT

BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on June 3, 2025, to:

By USPS First Class Mail:

    Paul and Leslie Stowe
    2095A Hwy 11 and 80
    Meridian, MS 39301

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

                                                /s/ Thomas C. Rollins, Jr.
                                                Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>PAUL JAMES STOWE<br>LESLIE GOINS STOWE | CASE NO: 25-00968-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/3/2025, I did cause a copy of the following documents, described below,

Notice and Application to Employ

Affidavit

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/3/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-00968-KMS |
|---|---|
| PAUL JAMES STOWE | **CERTIFICATE OF SERVICE** |
| LESLIE GOINS STOWE | **DECLARATION OF MAILING** |
|  | Chapter: 13 |

On 6/3/2025, a copy of the following documents, described below,

Notice and Application to Employ

Affidavit

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/3/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                               EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING       US BANKRUPTCY COURT              (P)21ST MORTGAGE CORPORATION
NCRS ADDRESS DOWNLOAD                   THAD COCHRAN US COURTHOUSE       PO BOX 477
CASE 25-00968-KMS                       501 E COURT STREET               KNOXVILLE TN 37901-0477
SOUTHERN DISTRICT OF MISSISSIPPI        SUITE 2300
MON JUN 2 14-27-32 PST 2025             JACKSON  MS 39201-5036


AMERICAN FIRST FINANCE                  CAPITAL ONE                      COMENITY BANK
ATTN BANKRUPTCY                         ATTN BANKRUPTCY                  ATTN BANKRUPTCY
3100 OLYMPUS BLVD                       PO BOX 30285                     PO BOX 182125
STE 300                                 SALT LAKE CITY  UT 84130-0285    COLUMBUS  OH 43218-2125
COPPELL  TX 75019-5472


CREDIT ONE BANK                         FINWISE BANK                     FORTIVA
6801 CIMARRON RD                        CO BECKET AND LEE LLP            ATTN BANKRUPTCY
LAS VEGAS  NV 89113-2273                PO BOX 3002                      PO BOX 105555
                                        MALVERN PA 19355-0702            ATLANTA  GA 30348-5555


GENESIS FS                              HR BLOCKPATHWARD                 LVNV FUNDING  LLC
ATTN BANKRUPTCY                         ATTN BANKRUPTCY                  RESURGENT CAPITAL SERVICES
PO BOX 4477                             PO BOX 30674                     PO BOX 10587
BEAVERTON  OR 97076-4401                SALT LAKE CITY  UT 84130-0674    GREENVILLE  SC 29603-0587


LVNV FUNDING                            METRO AMBULANCE SERVICE          NCB MANAGEMENT
ATTN BANKRUPTCY                         CO FRANKLIN SERVICE INC          ATTN BANKRUPTCY
PO BOX 10497                            PO BOX 3910                      1 ALLIED DRIVE
GREENVILLE  SC 29603-0497               TUPELO  MS 38803-3910            TREVOSE  PA 19053-6945


NCB MANAGEMENT SERVICES   INC           (P)PORTFOLIO RECOVERY ASSOCIATES LLC    QUANTUM3 GROUP LLC AS AGENT FOR
ONE ALLIED DRIVE                        PO BOX 41067                     CF MEDICAL LLC
TREVOSE  PA 19053-6945                  NORFOLK VA 23541-1067            PO BOX 788
                                                                         KIRKLAND  WA  98083-0788


QUANTUM3 GROUP LLC AS AGENT FOR         SANTANDER CONSUMER               SANTANDER CONSUMER USA INC
CONCORA CREDIT INC                      ATTN BANKRUPTCY                  1601 ELM ST  STE 800
PO BOX 788                              PO BOX 961245                    DALLAS  TX 75201-7260
KIRKLAND  WA  98083-0788                FORT WORTH  TX 76161-0244


                                        EXCLUDE                          EXCLUDE
SYNCHRONY BANK                          UNITED STATES TRUSTEE            (P)DAVID RAWLINGS
ATTN BANKRUPTCY                         501 EAST COURT STREET            ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 965060                           SUITE 6 430                      PO BOX 566
ORLANDO  FL 32896-5060                  JACKSON  MS 39201-5022           HATTIESBURG MS 39403-0566


                                        DEBTOR                           EXCLUDE
LESLIE GOINS STOWE                      PAUL JAMES STOWE                 THOMAS CARL ROLLINS JR
2095A HWY 11 AND 80                     2095A HWY 11 AND 80              THE ROLLINS LAW FIRM  PLLC
MERIDIAN  MS 39301-8910                 MERIDIAN  MS 39301-8910          PO BOX 13767
                                                                         JACKSON  MS 39236-3767
```