# Proceeding Minutes / Proceeding Memo

**Case #:** 25-00968  **Case Name:** Paul James Stowe and Leslie Goins Stowe
**Set:** 07/08/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson
**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)