United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-00968-KMS
Paul James Stowe Chapter 13
Leslie Goins Stowe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Jun 30, 2025     Form ID: n031     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul James Stowe, Leslie Goins Stowe, 2095A Hwy 11 and 80, Meridian, MS 39301-8910 |
| 5498242 | + | H&R Block/Pathward, Attn: Bankruptcy, Po Box 30674, Salt Lake City, UT 84130-0674 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5498235 | | Email/Text: ebn@21stmortgage.com | Jun 30 2025 19:45:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37901 |
| 5498236 | + | Email/PDF: bncnotices@becket-lee.com | Jun 30 2025 19:45:52 | American First Finance, Attn: Bankruptcy, 3100 Olympus Blvd, Ste 300, Coppell, TX 75019-5472 |
| 5498237 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 30 2025 19:45:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5498238 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 30 2025 19:45:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5498239 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 30 2025 19:45:48 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5514842 | | Email/PDF: bncnotices@becket-lee.com | Jun 30 2025 19:45:48 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5498240 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 30 2025 19:45:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5498241 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 30 2025 19:45:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5500851 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2025 19:45:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5498243 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2025 19:45:52 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5517732 | + | Email/Text: bankruptcyreports@wakeassoc.com | Jun 30 2025 19:45:00 | MISSISSIPPI SPORTS MEDICINE AND ORTHOPAE, c/o Wakefield & Associates, LLC, Po Box 58, Fort Morgan, CO 80701-0058 |
| 5501512 | + | Email/Text: FSBank@franklinservice.com | Jun 30 2025 19:45:00 | Metro Ambulance Service, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 5498244 | ^ | MEBN | Jun 30 2025 19:41:01 | NCB Management, Attn: Bankruptcy, 1 Allied Drive, Trevose, PA 19053-6945 |
| 5505063 | ^ | MEBN | Jun 30 2025 19:41:01 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 5520115 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 30, 2025 | Form ID: n031 | Total Noticed: 25 |

| | | Jun 30 2025 19:45:49 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
|---|---|---|---|
| 5498245 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 30 2025 19:45:56 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5522379 | Email/Text: bnc-quantum@quantum3group.com | Jun 30 2025 19:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5511250 | Email/Text: bnc-quantum@quantum3group.com | Jun 30 2025 19:45:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5503395 | Email/Text: bnc-quantum@quantum3group.com | Jun 30 2025 19:45:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5523712 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2025 19:45:52 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5498246 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 30 2025 19:45:00 | Santander Consumer, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5509112 | Email/Text: enotifications@santanderconsumerusa.com | Jun 30 2025 19:45:00 | Santander Consumer USA Inc., 1601 Elm St., Ste. 800, Dallas, TX 75201-7260 |
| 5498247 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 30 2025 19:45:48 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Paul James Stowe trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Leslie Goins Stowe trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-3 | User: mssbad | Page 3 of 3
Date Rcvd: Jun 30, 2025 | Form ID: n031 | Total Noticed: 25

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00968−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Paul James Stowe<br>2095A Hwy 11 and 80<br>Meridian, MS 39301 | Leslie Goins Stowe<br>aka Leslie Michelle Stowe<br>2095A Hwy 11 and 80<br>Meridian, MS 39301 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on June 30, 2025 (Dkt. # 29 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: June 30, 2025                              Danny L. Miller, Clerk of Court