**OFFICE OF THE STANDING TRUSTEE**
**IN PROCEEDINGS UNDER CHAPTER 13 OF THE**
**UNITED STATES BANKRUPTCY CODE**

**DAVID RAWLINGS, TRUSTEE**
**P.O. BOX 566**
**HATTIESBURG, MS  39403**
**TELEPHONE (601) 582-5011**

DATE:  November 05, 2025

PAUL JAMES STOWE
LESLIE GOINS STOWE
2095A Hwy 11 and 80
Meridian, MS  39301

Case No.  25-00968 KMS

**RE:     NEW PLAN PAYMENT:  $1,820.00**
**          REASON:  ORDER TO SUSPEND PAYMENTS THRU NOVEMBER 2025 AND RESUME**
**DECEMBER 2025**

Dear Debtors:

    Your Chapter 13 Plan payment has been changed to the above stated sum.

    If you are paying direct, then your next monthly Plan payment after the date of this letter will  have to be the above sum in order for your Plan payment to pay out within the time that you originally proposed. If you are on a Wage Order, a new Wage Order is being sent to your employer and the additional sum  necessary to increase your Plan payment to the above sum will be withheld from your wages.

    A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/  DAVID RAWLINGS, TRUSTEE

COUNSEL FOR DEBTORS:

    THOMAS C. ROLLINS, JR
    P O Box 13767
    Jackson, MS  39236