IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Paul James Stowe                                         Case No. 25-00968-KMS
          Leslie Goins Stowe, Debtor(s)                             CHAPTER 13

**MOTION TO APPROVE SETTLEMENT, COMPENSATE SPECIAL COUNSEL AND AUTHORIZE DISTRIBUTION OF PROCEEDS**

COMES NOW, Thomas C. Rollins, Jr., attorney for Morgan & Morgan ("Special Counsel"), and files this Motion to Approve Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds and in support thereof, would show to this Honorable Court as follows, to-wit:

1.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.   That the Court has authority to allow this compensation and to pay the same as authorized by 11 U.S.C. § 330.

**SETTLEMENT TERMS AND DISTRIBUTION OF PROCEEDS**

3.   On or about June 30, 2025, Will Parker of Will Parker Law Firm was employed as Special Counsel (Dk# 30) representing Debtor in a personal injury claim. That Debtor and Special Counsel agreed to a contingency fee of 33% plus expenses.

4.   The personal injury claim is now settled in the gross amount of $50,000.00. The settlement is fair and in the best interest of the Debtor and the bankruptcy estate.

5.   Special Counsel requests settlement approval and authority to pay the gross settlement proceeds of $50,000.00 to the Chapter 13 Trustee who shall then disburse the claim proceeds as follows:

   a.   Attorney's Fees
      i.   Will Parker of Will Parker Law Firm - $16,665.00

      b.      Expenses: none (waived)

      c.      To Special Counsel the sum of $2,553.28 for full satisfaction of the following medicals:

          i.      Tricare

      d.      Amount to by retained by the Trustee for Distribution in Debtor's case pursuant to further order of this Court: $30,781.72.

6. Additional medical claims are expected, and the remaining settlement balance needs to be held for a period of time to identify all outstanding medical bills and ensure they are paid.

## COMPENSATION OF SPECIAL COUNSEL

7. That Applicant has taken into consideration the factors outlined in *Johnson v. Georgia Highway Express, Inc.*, 499F.2d 714 (5th Cir. 1974), made applicable to proceedings in this Court by the decision in *In Re First Colonial Corp. of America,* 544 F. 2d, 1291 (5th Cir., *cert. denied,* 97 S. Ct. 1696 [1977]), in establishing a reasonable request for compensation. The fee is reasonable in light of the requirements that bankruptcy estates be administered as economically as possible and that all the services rendered are of a legal nature requiring the services of an attorney.

8. To a certain extent, other employment was precluded by services rendered in that at certain periods of the administration of this bankruptcy, the legal representation of the bankruptcy estate prevented the attorneys from working on other cases.

9. That the attorneys are duly licensed and authorized, practicing in Mississippi.

10. On or about June 30, 2025, Will Parker of Will Parker Law Firm was employed as Special Counsel (Dk# 30) representing Debtor in a personal injury claim. That Debtor and Special Counsel agreed to a contingency fee of 33% plus expenses.

11. Debtor is entitled to a distribution from a settlement in the gross amount of $50.000. Special Counsel requests attorney's fees of $16,665.00, representing 33% of the gross settlement and $0.00 as reimbursement of necessary expenses. That a 33% contingency falls withing the range of customary attorney's fees for this type of matter.

WHEREFORE, the undersigned requests that this Motion be received and filed and that an Order be entered approving the foregoing settlement and distribution of proceeds, and prays for such other, further, and general relief to which the Special Counsel may be entitled.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds with Debtor was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)