**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Paul James Stowe                                    Case No. 25-00968-KMS
         Leslie Goins Stowe, Debtor(s)                       CHAPTER 13

**ORDER APPROVING SETTLEMENT, COMPENSATION OF SPECIAL COUNSEL**
**AND AUTHORIZING DISTRIBUTION OF PROCEEDS**

THIS CAUSE having come on this date on the Special Counsel's Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds (DK #_____), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Debtor, Trustee or Creditors, does find as follows:

IT IS THEREFORE ORDERED that the Motion to Approve Settlement and Authorize Distribution of Proceeds shall be granted, and the Application for Compensation shall be approved.

IT IS FURTHER ORDERED that the Court hereby approves the proposed settlement in the amount of $50,000.00.

IT IS FURTHER ORDERED that the Court hereby approves Special Counsel's fees in the amount of $16,665.00, with all case expenses waived by Special Counsel.

IT IS FURTHER ORDERED that the Court hereby approves a distribution of proceeds as follows:

      a.    Attorney's Fees
           i.  Will Parker of Will Parker Law Firm - $16,665.00
      b.    Expenses: none (waived)

    c.       To Special Counsel the sum of $2,553.28 for full satisfaction of the following medicals:

          i.    Tricare

    d.       Amount to by retained by the Trustee for Distribution in Debtor's case pursuant to further order of this Court: $30,781.72.

    e.       The remaining settlement balance shall be held for a period of time to identify all outstanding medical bills and ensure they are paid.

IT IS FURTHER ORDERED that Special Counsel is granted authority to pay the gross settlement proceeds to the Chapter 13 Trustee. The Trustee shall distribute the proceeds as provided above. The Chapter 13 Trustee is authorized to sign a release, if requested to do so.

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533