# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Paul James Stowe                              Case No. 25-00968-KMS
             Leslie Goins Stowe, Debtor(s)                       CHAPTER 13

## NOTICE

     The undersigned counsel has filed papers with the court to Approve a Settlement, Compensation and Authorize Distribution of Proceeds.

     **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

     If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

     If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

     You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

     If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application.

Date: December 30, 2025         Signature:   /s/ Thomas C. Rollins, Jr.
                                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                                          Jennifer A Curry Calvillo (MSBN 104367)
                                                           The Rollins Law Firm, PLLC
                                                           PO Box 13767
                                                           Jackson, MS 39236
                                                           601-500-5533
                                                           trollins@therollinsfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Paul James Stowe                                               Case No. 25-00968-KMS
         Leslie Goins Stowe, Debtor(s)                                  CHAPTER 13

## MOTION TO APPROVE SETTLEMENT, COMPENSATE SPECIAL COUNSEL AND AUTHORIZE DISTRIBUTION OF PROCEEDS

COMES NOW, Thomas C. Rollins, Jr., attorney for Morgan & Morgan ("Special Counsel"), and files this Motion to Approve Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds and in support thereof, would show to this Honorable Court as follows, to-wit:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. That the Court has authority to allow this compensation and to pay the same as authorized by 11 U.S.C. § 330.

## SETTLEMENT TERMS AND DISTRIBUTION OF PROCEEDS

3. On or about June 30, 2025, Will Parker of Will Parker Law Firm was employed as Special Counsel (Dk# 30) representing Debtor in a personal injury claim. That Debtor and Special Counsel agreed to a contingency fee of 33% plus expenses.

4. The personal injury claim is now settled in the gross amount of $50,000.00. The settlement is fair and in the best interest of the Debtor and the bankruptcy estate.

5. Special Counsel requests settlement approval and authority to pay the gross settlement proceeds of $50,000.00 to the Chapter 13 Trustee who shall then disburse the claim proceeds as follows:

   a. Attorney's Fees
      i. Will Parker of Will Parker Law Firm - $16,665.00

      b.      Expenses: none (waived)

      c.      To Special Counsel the sum of $2,553.28 for full satisfaction of the following medicals:

          i.      Tricare

      d.      Amount to by retained by the Trustee for Distribution in Debtor's case pursuant to further order of this Court: $30,781.72.

6. Additional medical claims are expected, and the remaining settlement balance needs to be held for a period of time to identify all outstanding medical bills and ensure they are paid.

## COMPENSATION OF SPECIAL COUNSEL

7. That Applicant has taken into consideration the factors outlined in *Johnson v. Georgia Highway Express, Inc.*, 499F.2d 714 (5th Cir. 1974), made applicable to proceedings in this Court by the decision in *In Re First Colonial Corp. of America,* 544 F. 2d, 1291 (5th Cir., *cert. denied,* 97 S. Ct. 1696 [1977]), in establishing a reasonable request for compensation. The fee is reasonable in light of the requirements that bankruptcy estates be administered as economically as possible and that all the services rendered are of a legal nature requiring the services of an attorney.

8. To a certain extent, other employment was precluded by services rendered in that at certain periods of the administration of this bankruptcy, the legal representation of the bankruptcy estate prevented the attorneys from working on other cases.

9. That the attorneys are duly licensed and authorized, practicing in Mississippi.

10.　　On or about June 30, 2025, Will Parker of Will Parker Law Firm was employed as Special Counsel (Dk# 30) representing Debtor in a personal injury claim. That Debtor and Special Counsel agreed to a contingency fee of 33% plus expenses.

11.　　Debtor is entitled to a distribution from a settlement in the gross amount of $50.000. Special Counsel requests attorney's fees of $16,665.00, representing 33% of the gross settlement and $0.00 as reimbursement of necessary expenses. That a 33% contingency falls withing the range of customary attorney's fees for this type of matter.

WHEREFORE, the undersigned requests that this Motion be received and filed and that an Order be entered approving the foregoing settlement and distribution of proceeds, and prays for such other, further, and general relief to which the Special Counsel may be entitled.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds with Debtor was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

PAUL JAMES STOWE
LESLIE GOINS STOWE

CASE NO: 25-00968-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 12/31/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Approve Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/31/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

PAUL JAMES STOWE
LESLIE GOINS STOWE

CASE NO: 25-00968-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 12/31/2025, a copy of the following documents, described below,

Notice and Motion to Approve Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/31/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

~~EXCLUDE~~

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-00968-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
WED DEC 31 7-39-49 PST 2025

(P)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

~~EXCLUDE~~

~~(D)(P)21ST MORTGAGE CORPORATION~~
~~PO BOX 477~~
~~KNOXVILLE TN 37901-0477~~

AMERICAN FIRST FINANCE
ATTN BANKRUPTCY
3100 OLYMPUS BLVD
STE 300
COPPELL TX 75019-5472

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

COMENITY BANK
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS NV 89113-2273

FINWISE BANK
CO BECKET AND LEE LLP
PO BOX 3002
MALVERN PA 19355-0702

FORTIVA
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA GA 30348-5555

GENESIS FS
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON OR 97076-4401

HR BLOCKPATHWARD
ATTN BANKRUPTCY
PO BOX 30674
SALT LAKE CITY UT 84130-0674

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LVNV FUNDING
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE SC 29603-0497

MISSISSIPPI SPORTS MEDICINE AND ORTHOPAE
CO WAKEFIELD ASSOCIATES LLC
PO BOX 58
FORT MORGAN CO 80701-0058

METRO AMBULANCE SERVICE
CO FRANKLIN SERVICE INC
PO BOX 3910
TUPELO MS 38803-3910

NCB MANAGEMENT
ATTN BANKRUPTCY
1 ALLIED DRIVE
TREVOSE PA 19053-6945

NCB MANAGEMENT SERVICES INC
ONE ALLIED DRIVE
TREVOSE PA 19053-6945

~~EXCLUDE~~

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

QUANTUM3 GROUP LLC AS AGENT FOR
CF MEDICAL LLC
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
CONCORA CREDIT INC
PO BOX 788
KIRKLAND WA 98083-0788

RESURGENT RECEIVABLES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

SANTANDER CONSUMER
ATTN BANKRUPTCY
PO BOX 961245
FORT WORTH TX 76161-0244

SANTANDER CONSUMER USA INC
1601 ELM ST STE 800
DALLAS TX 75201-7260

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

~~EXCLUDE~~

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

LESLIE GOINS STOWE
2095A HWY 11 AND 80
MERIDIAN   MS 39301-8910


DEBTOR

PAUL JAMES STOWE
2095A HWY 11 AND 80
MERIDIAN   MS 39301-8910

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON   MS 39236-3767

~~EXCLUDE~~

~~(U)WILL PARKER~~