–1–

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   PAUL JAMES STOWE
AND LESLIE GOINS STOWE,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 25-00968-KMS

DAVID RAWLINGS, TRUSTEE

## TRUSTEE'S RESPONSE TO
## APPLICATION TO COMPROMISE/SETTLE/COMPENSATION

COMES NOW, the Chapter 13 Trustee, David Rawlings, by and through his attorney, and files this Response to the Debtor's Application to Compromise/Settle Controversy/Compensation (Docket No. 45), and says that the Trustee has no objection to the amount of the proposed settlement; Special Counsel should confirm all medicals are disclosed and any that will remain outstanding; unless otherwise ordered by the Court, all non-exempt settlement funds remaining after Court approved disbursements should be paid to the unsecured creditors.

Respectfully submitted,

DAVID RAWLINGS, TRUSTEE

BY:   /s/Samuel J. Duncan
        Samuel J. Duncan,
        His Attorney

Samuel J. Duncan
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 6234

–1–

–2–

## **CERTIFICATE OF SERVICE**

 I, the undersigned, do hereby certify that I have on this day forwarded a true and correct copy of the foregoing Response, via the Court's ecf filing system, to: the US Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; TC Rollins, Jr.

 So certified on this the 14th day of January, 2026.

                */s/Samuel J. Duncan*
                Samuel J. Duncan