# Proceeding Minutes / Proceeding Memo

**Case #:** 25-00968          **Case Name:**  Paul James Stowe and Leslie Goins Stowe

**Set:**  02/26/2026 10:30 am   **Chapter:** 13   **Type:** bk   **Judge**  Katharine M. Samson

**matter**  Motion to Approve Compromise or Settlement with Special Counsel Will Parker Filed by Joint Debtor Leslie Goins Stowe, Debtor Paul James Stowe (Attachments: # 1 Proposed Order)  (Dkt. #45)

Response filed by the Trustee (Dkt. #47)

---

Minute Entry Re: (related document(s): [45] Motion to Approve Compromise or Settlement filed by Leslie Goins Stowe, Paul James Stowe) Appearance: Samuel J. Duncan, Jennifer Calvillo. Motion is approved as stated at hearing. Duncan will submit order. Order due by 03/12/2026. (cwe)