

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 4, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    PAUL JAMES STOWE
          AND LESLIE GOINS STOWE,
          DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 25-00968-KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON
### MOTION TO APPROVE SETTLEMENT/COMPENSATION

ON FEBRUARY 26, 2026, THIS CAUSE came on to be heard on the Debtors' Motion to Approve Compromise and Compensation regarding a personal injury claim (Docket No. 45) and the Trustee's Response thereto (Docket No. 47), and the Court finds the Trustee's Response is well taken and that the settlement should be approved as set out herein.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the settlement in the amount of $50,000.00 is approved; all of the settlement funds shall be tendered to the Trustee, in accord with regular Plan receipts and disbursed by the Trustee, as ordered by this Court; the Debtors are authorized and directed to execute any documents necessary to finalize the settlement; that the medical bill of Tricare in the amount of $2,553.28 is approved; Special Counsel represents there are no other outstanding medicals; Will Parker, Special Counsel's Attorney Fees of $16,665.00

and Reimbursable Expenses (waived); after disbursements for Special Counsel attorney fees/reimbursed expenses, medical expenses, and Trustee Compensation, the remaining settlement proceeds, including any unnegotiated or returned medical expenses, shall be disbursed to the unsecured creditors, then Plan payments; and the Plan is so modified.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net