United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00968-KMS
Paul James Stowe  Chapter 13
Leslie Goins Stowe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Mar 04, 2026      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Paul James Stowe, Leslie Goins Stowe, 2095A Hwy 11 and 80, Meridian, MS 39301-8910

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:

**Name**      **Email Address**

David Rawlings
     ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings
     on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Samuel J. Duncan
     on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
     on behalf of Debtor Paul James Stowe trollins@therollinsfirm.com
     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
     on behalf of Joint Debtor Leslie Goins Stowe trollins@therollinsfirm.com

District/off: 0538-3                     User: mssbad                              Page 2 of 2
Date Rcvd: Mar 04, 2026                  Form ID: pdf012                           Total Noticed: 1

        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
        USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

25-00968-KMS   Dkt 53   Filed 03/06/26   Entered 03/06/26 23:36:24   Page 3 of 4



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 4, 2026**

_____

The Order of the Court is set forth below. The docket reflects the date entered.

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   PAUL JAMES STOWE
AND LESLIE GOINS STOWE,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 25-00968-KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON
### MOTION TO APPROVE SETTLEMENT/COMPENSATION

ON FEBRUARY 26, 2026, THIS CAUSE came on to be heard on the Debtors' Motion to Approve Compromise and Compensation regarding a personal injury claim (Docket No. 45) and the Trustee's Response thereto (Docket No. 47), and the Court finds the Trustee's Response is well taken and that the settlement should be approved as set out herein.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the settlement in the amount of $50,000.00 is approved; all of the settlement funds shall be tendered to the Trustee, in accord with regular Plan receipts and disbursed by the Trustee, as ordered by this Court; the Debtors are authorized and directed to execute any documents necessary to finalize the settlement; that the medical bill of Tricare in the amount of $2,553.28 is approved; Special Counsel represents there are no other outstanding medicals; Will Parker, Special Counsel's Attorney Fees of $16,665.00

and Reimbursable Expenses (waived); after disbursements for Special Counsel attorney fees/reimbursed expenses, medical expenses, and Trustee Compensation, the remaining settlement proceeds, including any unnegotiated or returned medical expenses, shall be disbursed to the unsecured creditors, then Plan payments; and the Plan is so modified.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net